IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

IDA H. WILKERSON                                            PLAINTIFF

V.                                                     NO. 4:07CV78-MPM-EMB

DENNIS CHARLES HELMER, ET A L.                      DEFENDANTS

## ORDER TO SHOW CAUSE

**UPON FURTHER REVIEW** of the file and record of this action, a case management conference was held on November 8, 2007, before the undersigned United States Magistrate Judge. During said conference, the Court determined that this case would likely be disposed of upon motion. Accordingly, pursuant to the Case Management Order entered that day, the case was assigned to an expedited track, and Plaintiff was granted sixty days in which to file a dispositive motion.

Now, it has been more than sixty days since entry of the Case Management Order, and there has been absolutely no activity in this case. Accordingly, it is proper for the Court to consider dismissal of this case.

**THEREFORE, IT IS ORDERED** that on or before February 25, 2008, Plaintiff shall show cause why this case should not be dismissed for failure to prosecute. Plaintiff is warned that should she fail to comply with the requirements of this Order, it will be my recommendation that his case be dismissed.

**THIS**, the 11th day of February, 2008.

/s/ Eugene M. Bogen
**UNITED STATES MAGISTRATE JUDGE**